10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1662. LEWIS *v.* BROWN & ROOT, INC. C. A. 5th Cir. Motion of respondent for damages denied. Certiorari denied.

No. 83–1671. BRASWELL ET AL. *v.* FLINTKOTE MINES, LTD., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 82–1186. TRANS WORLD AIRLINES, INC. *v.* FRANKLIN MINT CORP. ET AL., 466 U. S. 243;

No. 82–1465. FRANKLIN MINT CORP. ET AL. *v.* TRANS WORLD AIRLINES, INC., 466 U. S. 243;

No. 83–181. BALDWIN COUNTY WELCOME CENTER *v.* BROWN, 466 U. S. 147;

No. 83–1375. AKIN ET AL. *v.* DAHL, 466 U. S. 938;

No. 83–6215. GODFREY *v.* FRANCIS, WARDEN, 466 U. S. 945;

No. 83–6283. COLEMAN *v.* SUSSEX COUNTY ET AL., 466 U. S. 941;

No. 83–6284. COLEMAN *v.* MILLSBORO TOWNSHIP, 466 U. S. 941;

No. 83–6287. HERRINGTON *v.* MET COAL & COKE CO., INC., 466 U. S. 941;

No. 83–6307. YOUNG *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 466 U. S. 942;

No. 83–6308. MCPEEK ET AL. *v.* GREEN ET AL., 466 U. S. 952; and

No. 83–6393. CHANYA *v.* UNITED STATES, 466 U. S. 943. Petitions for rehearing denied.

No. 82–708. SUMMA CORP. *v.* CALIFORNIA EX REL. STATE LANDS COMMISSION ET AL., 466 U. S. 198. Petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 83–243. BROWN & ROOT, INC., ET AL. *v.* THORNTON ET AL., 464 U. S. 1052. Motion for leave to file petition for rehearing denied.